**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

David Andrew Bowers, Appellant.

Appellate Case No. 2014-000311

---

Appeal From Saluda County
William P. Keesley, Circuit Court Judge

---

Unpublished Opinion No. 2016-UP-252
Submitted April 1, 2016 – Filed June 8, 2016

---

**APPEAL DISMISSED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General John Benjamin Aplin, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.

---

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.